**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7614**

UNITED STATES OF AMERICA,

            Plaintiff - Appellee,

     v.

KEITH LAVON BURGESS, a/k/a Buck Black,

            Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Terry L. Wooten, District Judge. (4:03-cr-00107-TLW-1)

Submitted:  November 17, 2009      Decided:  November 25, 2009

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Keith Lavon Burgess, Appellant Pro Se.  Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keith Lavon Burgess appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm. United States v. Burgess, No. 4:03-cr-00107-TLW-1 (D.S.C. Aug. 11, 2009). See United States v. Hood, 556 F.3d 226 (4th Cir. 2009), cert. denied, __ U.S. __, 2009 WL 2496498 (U.S. Oct. 5, 2009) (No. 09-5868). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED